1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM B.TAYLOR

3  Special Assistant United States Attorney
   MISDEMEANOR UNIT
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000

6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,          Case No. 5:20-PO-00332 JLT
12
                    Plaintiff,        MOTION AND ORDER FOR DISMISSAL; AND
13                                    VACATE TRIAL DATE
   v.
14                                    DATE: FEBRUARY 2, 2021
                                      TIME: 10:00 A.M
   PATRICIA GONZALEZ-SANDOVAL         JUDGE: HON. JENNIFER L. THURSTON
15
                    Defendant
16

17

18

19  The United States of America, by and through McGregor W. Scott, United States Attorney, and William

20  B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:20-PO-00332

21  JLT against PATRICIA GONZALEZ-SANDOVAL, without prejudice, in the interest of justice,

22  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23
    DATED: January 26, 2021                    Respectfully submitted,
24
                                               McGREGOR W. SCOTT
25                                             United States Attorney

26                                  By:   /s/ William B. Taylor
                                          WILLIAM B. TAYLOR
27                                        Special Assistant United States Attorney

28

                                                      U.S. v. Gonzalez-Sandoval
                                                      Case No. 5:20-PO-00332

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:20-PO-00332 JLT against PATRICIA GONZALEZ-SANDOVAL be dismissed, without prejudice, in the interest of justice. and the trial date of February 2, 2021 is vacated.

DATED: January__27__, 2021

_____
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

U.S. v. Gonzalez-Sandoval
Case No. 5:20-PO-00332